

**IN THE**
**TENTH COURT OF APPEALS**

_____

## No. 10-17-00071-CV

## IN RE GEICO CHOICE INSURANCE COMPANY

_____

**Original Proceeding**

## ORDER REQUESTING A RESPONSE

Relator's Petition for Writ of Mandamus was filed on March 8, 2017. The Court requests a response from the other parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 35 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Response requested
Order issued and filed March 22, 2017

